# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREA L. DYER | ) | |
| | ) | |
| | ) | Case No. 1:14-cv-07486 |
| Plaintiff, | ) | |
| | ) | Honorable Sara L. Ellis |
| BLATT, HASENMILLER, LEIBSKER | ) | |
| & MOORE, LLC | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF ANDREA L. DYER

I, Andrea L. Dyer, depose and state as follows:

1. I am over twenty-one (21) years of age and I am competent to make this declaration. If called as a witness at a trial or hearing in this case, I can testify to the matters as set forth herein from personal knowledge.

2. I reside at 1916 W. 167th Street, Markham, IL 60428.

3. I opened a revolving credit card account with TD Bank USA, N.A. for a Target charge card ("subject account").

4. I used the card to make purchases for personal use at Target.

5. I subsequently defaulted on the subject account.

6. On May 9, 2014, TD Bank USA, N.A., through its attorneys Blatt, Hasenmiller, Leibsker & Moore, LLC ("Blatt") sued me in the Circuit Court of

Cook County's First Municipal District in relation to the subject account.

7. I never signed a contract with TD Bank USA, N.A. in the Circuit Court of Cook County's First Municipal District.

I affirm under the penalties for perjury, that the following foregoing representations are true.

/s/ *Andrea L. Dyer*
Andrea L. Dyer