**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANDREA L. DYER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-CV-07486 |
| | ) | |
| v. | ) | Judge Sara L. Ellis |
| BLATT, HASENMILLER, LEIBSKER & | ) | |
| MOORE, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE A SUBSTITUTE APPEARANCE**

NOW COMES the Defendant, Blatt, Hasenmiller, Leibsker & Moore, LLC, by its attorney, John P. Ryan and pursuant to Local Rule 83.17, to respectfully request leave of Court to withdraw the appearances of David L. Hartsell and Helen D. Arnold of McGuire Woods LLP, and to file the substitute appearances of John P. Ryan of Hinshaw & Culbertson LLP, as counsel of record, and in support, states as follows:

1. David L. Hartsell of McGuire Woods LLP seeks to withdraw his appearance on behalf of Defendant. *See* Ex. A.

2. Helen D. Arnold of McGuire Woods LLP seeks to withdraw her appearance on behalf of Defendant. *See* Ex. B.

3. Defendant hired John P. Ryan of Hinshaw & Culbertson LLP, as its new counsel of record.

WHEREFORE, Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC, respectfully requests leave of this Honorable Court to withdraw the appearances of David L. Hartsell and Helen D. Arnold of McGuire Woods LLP as counsel of record for Blatt, Hasenmiller, Leibsker & Moore, LLC, and substitute John P. Ryan of Hinshaw & Culbertson LLP as counsel of record.

Respectfully submitted,

HINSHAW & CULBERTSON LLP


By: s/John P. Ryan
     John P. Ryan as counsel for Defendant, Blatt, Hasenmiller, Leibsker & Moore, LLC

John P. Ryan
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
Fax: 312-704-3001
jryan@hinshawlaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I, John P. Ryan, an attorney, certify that I caused to be filed on February 19, 2018 a copy

of the above motion for leave to file a substitute appearance via the Case Management/Electronic

Case Filing System ("ECF"), which will electronically serve the document upon all counsel of

record as indicated.

HINSHAW & CULBERTSON LLP

John P. Ryan                                   s/ *John P. Ryan*_____
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile

301236778v1 3227